DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAFAEL OCHOA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-488 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| RAFAEL OCHOA-CHAVEZ, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on November 10, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for November 10, 2008, be continued until November 24, 2008. In addition, the parties stipulate that the time period from November 10, 2008, to November 24, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1  DATED: November 7, 2008

                    Respectfully submitted,

   McGREGOR W. SCOTT                    DANIEL BRODERICK
   United States Attorney                Federal Defender


    /s/ Lexi Negin for                   /s/ Lexi Negin
   DANIEL MCCONKIE                       LEXI NEGIN
   Assistant U.S. Attorney               Assistant Federal Defender
   Attorney for United States            Attorney for Rafael Ochoa-Chavez

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-08-488 WBS |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| RAFAEL OCHOA-CHAVEZ, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on November 7, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for November 10, 2008, be vacated and that the case be set for Monday, November 24, 2008 at 8:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 7, 2008 stipulation, the time under the Speedy Trial Act is excluded from November 10, 2008, through November 24, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: November 7, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2